UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARBARA GIORDANO-LEONAGGO,

                Appellant,

-against-

M-M2 RE Holdings 1, LLC

                Appellee.

No. 23 CIV 04152 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

On October 01, 2024, the Court issued an Order to Show Cause directing Appellant Barbara Giordano-Leonaggeo ("Appellant") to show cause in writing on or before November 04, 2024, as to why Appellant's appeal should not be dismissed for want of prosecution pursuant to Federal Rules of Civil Procedure 41(b) and Federal Rules of Bankruptcy Procedure § 8001. To date, Appellant has failed to respond to the Order to Show Cause.

Accordingly, the Court DISMISSES the above-captioned action without prejudice for want of prosecution. The Clerk of the Court is kindly directed to terminate this action.

Dated:   November 12, 2024
             White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __11/12/2024__

1